No. 79–6831. HUNTER *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 79–6832. COLLINS *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 79–6836. MURCHISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6837. TARKOWSKI *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 79–6838. TARKOWSKI *v.* ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 79–6839. MOON *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 79–6840. RAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6841. NEELEY *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–6842. GARRETT *v.* DIRECTOR, DEPARTMENT OF CORRECTIONS OF VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 79–6843. HOUSE *v.* FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–6844. MENDOZA-BAUTISTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6845. RIDDELL *v.* BRADLEY ET AL. C. A. 9th Cir. Certiorari denied.